▬ KRISTINE E. SHORT, Appellant, v GERALD DALOIA et al., Respondents. (Appeal No. 1.) [893 NYS2d 785]—Appeal from an

order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered October 10, 2008 in a personal injury action. The order denied the motion of plaintiff for judgment notwithstanding the verdict or, in the alternative, a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Smith, J.P., Carni, Pine and Gorski, JJ.